**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**DAVID PATTERSON, SR.**                                                    **PLAINTIFF**
**ADC #129780**

**V.**                 **CASE NO. 4:20-CV-1429-BRW-BD**

**NICOLE ROGERS,** *et al***.**                                            **DEFENDANTS**

**RECOMMENDED DISPOSITION**

**I.**      **Procedure for Filing Objections**

This Recommendation for dismissal has been sent to Judge Billy Roy Wilson. Any party may file objections if they disagree with the findings or conclusions set out in the Recommendation. Objections should be specific and should include the factual or legal basis for the objection.

To be considered, objections must be filed within 14 days. If no objections are filed, Judge Wilson can adopt this Recommendation without independently reviewing the record. And, if no objections are filed, the parties may waive the right to appeal questions of fact.

**II.**      **Discussion**

Mr. Patterson was an inmate at the Lincoln County Jail when he filed this civil rights lawsuit on December 7, 2020. (Doc. No. 2) On January 29, 2021, mail sent from Defendants to Mr. Patterson at the Jail was returned to counsel marked "undeliverable." There was a notation that Mr. Patterson was "no longer here." (Doc. No. 16-1 at p.1)

Local rules require pro se plaintiffs, including Mr. Patterson, to promptly notify the Court of any change in address so that the Court and other parties can communicate with them. Local Rule 5.5(c)(2). On January 28, the Court ordered Mr. Patterson to notify the Court of his new address within 30 days or risk dismissal of his complaint. (Doc. No. 17) To date, Mr. Patterson has not responded to the Court's January 28 Order, and the time for responding has passed.

### III.   Conclusion

The Court recommends that Mr. Patterson's claims be DISMISSED, without prejudice, based on his failure to comply with the January 28 Order requiring him to notify the Court and Defendants of his current address and his failure to prosecute this lawsuit.

DATED this 1st day of March, 2021.

_____
UNITED STATES MAGISTRATE JUDGE