**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**DAVID PATTERSON, SR.**                                              **PLAINTIFF**
**ADC #129780**

**V.**                          **CASE NO. 4:20-CV-1429-BRW-BD**

**NICOLE ROGERS, *et al*.**                                          **DEFENDANTS**

<u>**ORDER**</u>

  The Court has received a Recommendation for dismissal filed by Magistrate Judge Beth

Deere. The parties have not filed objections. After careful review, the Court concludes that the

Recommendation should be, and hereby is, approved and adopted as this Court's findings in its

entirety.

  Mr. Patterson's claims are DISMISSED, without prejudice, based on his failure to

comply with the Court's January 28, 2021 Order and his failure to prosecute this lawsuit.

  IT IS SO ORDERED this 23rd day of March, 2021.


       <u>Billy Roy Wilson</u>
       UNITED STATES DISTRICT JUDGE