# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**DAVID PATTERSON, SR.**                                                                    **PLAINTIFF**
**ADC #129780**

**V.**                          **CASE NO. 4:20-CV-1429-BRW-BD**

**NICOLE ROGERS,** *et al.*                                                                **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 23rd day of March, 2021.

                                                Billy Roy Wilson
                                       UNITED STATES DISTRICT JUDGE